# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00582-CV

### In re Jose L. Aguirre

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jose L. Aguirre filed a petition for writ of mandamus, seeking to compel the trial court to rule on his unopposed motion for the appointment of counsel to file a motion for DNA testing. *See* Tex. R. App. P. 52; *see also* Tex. Code Crim. Proc. art. 64.01(c). Upon our request, the State responded to Aguirre's petition. In its response, the State informed this Court that the trial court had recently granted Aguirre's motion and provided a file-stamped copy of the trial court's order. Because Aguirre's petition is now moot, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed: November 13, 2014